THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON SIMONS, Appellant. [919 NYS2d 357]—

The defendant was not deprived of a fair trial by the Supreme Court's instructions to the jury. Viewing the Supreme Court's charge as a whole, the instructions regarding credibility adequately conveyed to the jury the appropriate standard by which to evaluate the testimony of the complainant (*see People v Gillyard*, 70 AD3d 854, 855 [2010]; *People v Francisco*, 44 AD3d 870, 871 [2007]; *People v Goodson*, 35 AD3d 760, 761 [2006]; *People v Hosannah*, 2 AD3d 458, 459 [2003]). Rivera, J.P., Dillon, Hall and Roman, JJ., concur.